Lawrence WHITE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 70379.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Dave Hemingway, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Robert W. STROUSE,
Petitioner/Appellant,

v.

Nanette M. STROUSE,
Respondent/Respondent.

No. 70156.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Nathan S. Cohen, Clayton, for petitioner/appellant.

Charles E. Bridges, St. Charles, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Husband appeals from the dissolution decree entered on January 1, 1996. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).